James Loner
Reg. No. #09982-067
FCI Allenwood
P.O. Box 2000
White Deer, Pa. 17887-2000



Clerk Of Court Office
United States Courthouse
Federal Building
228 Walnut St.
Harrisburg, Pa. 17108

      RE:  Of  retaining  Copy's  of  <u>1-12-00</u>  <u>Indictment</u>
Criminal
    No.  1:CR-00-009  which  complaint  #  is [1:00-mh-2],
Copy of <u>Application and Affidavit</u> for Search
Warrant, and Copy of the <u>Search Warrant</u> Case
No.  1:2000  MISC-001  which  is  of  the  same application
and affidavit. Also if possible the <u>Grand Jury Minutes</u> of the 1-12-00 Indictment.

Dear Clerk of Court:

    My  name  is  James  Loner.  I'm  writing  to  you  to  see if you'll assist me of some <u>Legal Documents</u> of my case so that I will have the legal papers of working on my case. On 5-25-04 Docket No. 267 i've written a letter to you asking for a Copy of  my  Docket  Sheet,  which  you  sent  that  to  me.

I greatly appreciate your assistance towards that matter!

At this moment i'm in need of these Legal Documents that i've stated above which so that I may continue my Legal Work to send into the Courts. Would you please assist me of these materials?

I truely thank you for your time and patience of this matter and hope you'll take time out of your busy schedule to assist me in this matter. May God Bless you!

CC: Judge

James Loner

JAMES LONER
Reg. No. #09982-067
FCI Allenwood
P.O. Box 2000
White Deer, Pa. 17887-2000

HARRISBURG PA 171
29 JUN 2006 PM 2 T

17108459598

CLERK OF COURT OFFICE
UNITED STATES COURTHOUSE
FEDERAL BUILDING
228 WALNUT STREET
HARRISBURG, PA. 17108